Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027

**ATTORNEYS FOR** Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL TOWLER AND EVELYN TOWLER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  CV 13-2221 NC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:        August 14, 2013<br>Time:        3:00 p.m.<br>Courtroom:   A – 15th Floor<br><br>Honorable Nathanael Cousins<br>United States Magistrate Judge |

IT IS HEREBY STIPULATED by and between plaintiffs PAUL TOWLER and EVELYN TOWLER and defendant UNITED AIRLINES, INC., that the Court be asked to continue the initial case management conference from August 14, 2013 at 3:00 p.m. to **Wednesday, September 4, 2013, at 1:00 p.m.**, in Courtroom A on the 15th Floor of the Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and that the deadline for submission of the parties' joint case management conference statement be extended to and including **August 28, 2013**.

///

///

---

1

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

SO STIPULATED.

Dated: August 7, 2013                                         STERNS & WALKER

                                                              /s/ *Gerald C. Sterns*
                                                              By: _____
                                                              Gerald C. Sterns
                                                              Attorneys for Plaintiffs
                                                              Paul Towler and Evelyn Towler

Dated: August 7, 2013                                         CODDINGTON, HICKS & DANFORTH

                                                              /s/ *Richard G. Grotch*
                                                              By: _____
                                                              Richard G. Grotch (*)
                                                              Attorneys for Defendant
                                                              United Airlines, Inc.

(*)   I hereby attest that I have on file all holograph Signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## [PROPOSED] ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED.

Dated: August  7, 2013

                                                              _____
                                                              Honorable [Nathanael M. Cousins]
                                                              United States Magistrate Judge

**GRANTED** — Judge Nathanael M. Cousins
(United States District Court, Northern District of California seal)

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE