1 Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
2 **CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
3 555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
4 Telephone: (650) 592-5400
Facsimile:   (650) 592-5027
5

**ATTORNEYS FOR** Defendant
6 UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL TOWLER AND EVELYN TOWLER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  CV 13-2221 NC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:         August 14, 2013<br>Time:        3:00 p.m.<br>Courtroom:  A – 15th Floor<br><br>Honorable Nathanael Cousins<br>United States Magistrate Judge |

IT IS HEREBY STIPULATED by and between plaintiffs PAUL TOWLER and

EVELYN TOWLER and defendant UNITED AIRLINES, INC., that the Court be asked to

continue the initial case management conference from August 14, 2013 at 3:00 p.m. to

**Wednesday, September 4, 2013, at 1:00 p.m.**, in Courtroom A on the 15th Floor of the Phillip

Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco,

California, and that the deadline for submission of the parties' joint case management conference

statement be extended to and including **August 28, 2013**.

///

///

**CODDINGTON, HICKS**
**& DANFORTH**
**A Professional Corp., Lawyers**
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| SO STIPULATED. | |
| Dated: August 7, 2013 | STERNS & WALKER |
| | /s/ *Gerald C. Sterns* |
| | By: _____ |
| | Gerald C. Sterns |
| | Attorneys for Plaintiffs |
| | Paul Towler and Evelyn Towler |
| Dated: August 7, 2013 | CODDINGTON, HICKS & DANFORTH |
| | /s/ *Richard G. Grotch* |
| | By: _____ |
| | Richard G. Grotch (*) |
| | Attorneys for Defendant |
| | United Airlines, Inc. |

(*)   I hereby attest that I have on file all holograph Signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## [~~PROPOSED~~] ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED.

Dated: August _7_, 2013

_____
Honorable _____
GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE